# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    No. 4:07CR00315-03 JLH

ADOLFO ARECHIGA                                                                             DEFENDANT

## ORDER

The United States of America has filed a motion for leave to dismiss the indictment as to Adolfo Arechiga. That motion is GRANTED. The indictment is hereby dismissed as to Adolfo Arechiga.

IT IS SO ORDERED this 18th of February, 2010.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE